UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA LEE MACQUARRIE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:21-cv-0072 JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 13) |

Previously, the Court ordered Plaintiff to file a motion for summary judgment within forty-five days of its order, or no later than October 3, 2021. (Doc. 12 at 1.) On August 26, 2021, the parties stipulated for Plaintiff to have an extension of time to file her motion for summary judgment. (Doc. 13.) Notably, this is the first extension requested and it does not appear either party would be prejudiced by the delay. Accordingly, the Court **ORDERS**:

　　1.　The extension of time (Doc. 13) is **GRANTED**; and

　　2.　Plaintiff **SHALL** file a motion for summary judgment no later than **October 27, 2021**.

IT IS SO ORDERED.

　　Dated:　**August 26, 2021**　　　　　　　_ /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE