UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA MACQUARRIE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF SOCIAL SECURITY, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:21-cv-0072 JLT <br><br> ORDER GRANTING THE COMMISSIONER'S REQUEST FOR AN EXTENSION OF TIME <br><br> (Doc. 16) |

On October 26, 2021, the Commissioner filed a stipulation of the parties for an extension sixty days to respond to Plaintiff's motion for summary judgment. (Doc. 16.) Ellinor Coder, counsel for the Commissioner, asserts that the additional time is necessary due to the workload of the Region IX Office. (*Id.* at 1-2.) Plaintiff does not oppose the request, and it does not appear either party would be prejudiced by the delay. Accordingly, the Court **ORDERS**:

1. The request for an extension of time (Doc. 16) is **GRANTED**; and
2. The Commissioner **SHALL** file a response no later than **February 8, 2022**.

IT IS SO ORDERED.

Dated:  **October 27, 2021**          _/s/ Jennifer L. Thurston
                                                            CHIEF UNITED STATES MAGISTRATE JUDGE